UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ZINA SHANNON | * | CIVIL ACTION |
| VERSUS | * | NO. 23-2137 |
| ANGLINA CLARK JACKSON, ET AL. | * | SECTION "A" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Zina Shannon's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and failure to prosecute.

New Orleans, Louisiana, this __22nd__ day of __September__, 2023.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE